```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION
```

LOWERY GRAY AND DEBORAH GRAY,   )
                                )
            Plaintiffs,         )
                                )
      vs.                       )     No. 4:05-CV-1852 (CEJ)
                                )
COTTRELL, INC.,                 )
                                )
            Defendant.          )

**ORDER**

On September 28, 2006, defendant filed a motion for summary judgment and memorandum in support (Doc. #56). Attached to the memorandum as Exhibit I is a partial deposition transcript which contains the Social Security number of plaintiff Lowery Gray (page 8) and the name of a minor child (page 7). Pursuant to the E-Government Act of 2002, as amended, the policies of the Judicial Conference of the United States, and the Administrative Order of this court, Social Security numbers and the full names of minor children must be redacted in publicly-filed documents. See In re Business of the Court: Redaction of Personal Identifiers, Administrative Order (E.D. Mo. Oct. 8, 2004). A copy of the order may be found at the Court's website: **www.moed.uscourts.gov**.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall immediately disable the link in the CM/ECF system to Attachment 11 (Exhibit I) to Document #56.

**IT IS FURTHER ORDERED** that defendant shall have until January 8, 2007, in which to re-file the attachment in a form that complies with the E-Government Act.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 5th day of January, 2007.