UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

LOWERY GRAY AND DEBORAH GRAY,      )
                                   )
              Plaintiffs,          )
                                   )
        vs.                        )        No. 4:05-CV-1852 (CEJ)
                                   )
COTTRELL, INC.,                    )
                                   )
              Defendant.           )

**ORDER**

On February 5, 2007, defendant filed a motion to strike plaintiffs' designation of expert. Attachment 5 to the motion is the expert report and *curriculum vitae* of Linda Weseman, in which appears her address, date of birth, and social security number (Document #99-5 in the Court record). Examination of earlier filings indicates that Ms. Weseman's *curriculum vitae* also appears at Documents #56-11 and #77-29.

Pursuant to the E-Government Act of 2002, as amended, the policies of the Judicial Conference of the United States, and the Local Rules of this court, Social Security numbers, dates of birth, and home addresses of non-parties must be redacted in publicly-filed documents. See E.D.Mo. L.R. 2.17.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall immediately disable the links in the CM/ECF system to Documents #56-11,#77-29, and #99-5.

**IT IS FURTHER ORDERED** that the defendant shall immediately refile Document # 99-5 in a form that complies with the E-Government Act and the Local Rules.

_CAROL E. JACKSON_
UNITED STATES DISTRICT JUDGE

Dated this 6th day of February, 2007.