UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

LOWERY GRAY AND DEBORAH GRAY, )
)
        Plaintiffs, )
)
  vs. ) No. 4:05-CV-1852 (CEJ)
)
COTTRELL, INC., )
)
        Defendant. )

**ORDER**

On February 8, 2007, defendant filed a motion *in limine* to exclude testimony from plaintiffs' improperly disclosed witnesses. Exhibit B to the motion is plaintiffs' Rule 26(a) Expert Disclosure. The Disclosure itself lists the names and home addresses of fourteen non-party witnesses. Attached to the Disclosure is the *curriculum vitae* of Linda Weseman, in which appears her address, date of birth, and social security number (Document #103-3).

Pursuant to the E-Government Act of 2002, as amended, the policies of the Judicial Conference of the United States, and the Local Rules of this court, Social Security numbers, dates of birth, and home addresses of non-parties must be redacted in publicly-filed documents. See E.D.Mo. L.R. 2.17. The Case Management Order entered in this case states that, "No pleading or other document may be filed that is not in compliance with the E-Government Act."

This is the third occasion on which the Court has instructed defendant to comply with the E-Government Act: On January 5, 2007, the Court ordered defendant to redact plaintiff's social security number and the name of a minor child from a deposition transcript. On February 6, 2007, the Court ordered defendant to redact Ms. Weseman's *curriculum vitae*. The present unredacted document was filed two days after the entry of that order.

The purpose of the redaction requirement is to safeguard personal privacy, a matter which the Court takes very seriously. The Court

should not have to use its limited resources to repeatedly instruct defense counsel to comply with the law.  As such, defendant's counsel are specifically warned that future violations of the Act, the Local Rules, and the Case Management Order may result in the imposition of sanctions.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall immediately disable the links in the CM/ECF system to Document #103-3.

**IT IS FURTHER ORDERED** that the defendant shall immediately refile Document # 103-3 in a form that complies with the E-Government Act and the Local Rules.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 9th day of February, 2007.